### 7322

## JONES v. WOODSIDE COTTON MILLS.

NEW TRIAL.—AN APPEAL from an order granting a new trial will not be entertained except in a case in which judgment absolute might be rendered by this Court.

Before DEVORE, J., Greenville, . December, 1908. Affirmed.

Action by R. H. Jones against Woodside Cotton Mills, in magistrate's court. From Circuit order, setting aside judgment of magistrate, plaintiff appeals.

*Mr. J. R. Martin,* for appellant, cites: *Was question of magistrate's charge on facts before Circuit Court?* 358, Code of Proc.; 25 S. C., 381; 22 S. E., 767; 38 S. E., 226; 13 S. E., 332. *Charge upon undisputed facts:* 81 S. C., 5, 161; 25 S. E., 806; 68 S. C., 392; 73 S. C., 233. .*Hypothetical statement in charge:* 25 S. E., 808.

*Mr. B. A. Morgan,* contra, cites : *A magistrate is a Judge under Con., art. V, sec. 26:* 58 S. C., 94.

October 19, 1909. The opinion of the Court was delivered by

· MR. CHIEF JUSTICE JONES. This appeal is from an order of the Circuit Court remanding the case to the magistrate for a new trial.

As this is not a case in which judgment absolute could be rendered by this Court, an appeal from an order granting a new trial will not be entertained. *Lampley* v. *Atlantic Coast Line Ry.,* 77 S. C., 319, 57 S. E., 1104; *Pace & Co.* v. *Atlantic Coast Line Ry.,* 83 S. C., 33; *DesChamps* v. *Atlantic Coast Line Ry,* 83 S. C., 192; *Dixon* v. *Seaboard A. L. Ry.,* 83 S. C., 393.

The appeal is, therefore, dismissed.